THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* STEPHEN D. BOLAND, Defendant-Appellant.

(No. 11697; )

Fourth District—January 24, 1973.

Opinion by Mr. JUSTICE SMITH.

Record, Sappington & Bennett, of Decatur, (Allen F. Bennett, of counsel,) for appellant.

Basil G. Greanias, State's Attorney, of Decatur, (James R. Coryell, Assistant State's Attorney, of counsel,) for the People.